# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNATHAN WHITE

NO. 2024 KW 0457

**JULY 15, 2024**

---

In Re:     Johnathan White, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, Nos.
           48160, 48161, 48162, 48163, 48164.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.** Relator does not clearly state what relief he
seeks.  This court is limited to review of lower court rulings or
the failure of the lower court to act on a *properly filed pleading*.
Any application filed in this court should indicate what relief
has been sought in the district court and the result of such
filing, and should include a copy of any motions or pleadings filed
in the district court that are now at issue, a copy of the district
court's rulings, and a copy of all other pertinent documentation.
Applications which consist of nothing more than a list of claims
or statutory authority without specific factual support present
nothing for this court to review.

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT